**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

**No. 21-6090**

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

  v.

RAJAHN BROWN, a/k/a Big Bra,

    Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville.  Louise W. Flanagan, District Judge.  (4:15-cr-00016-FL-1)

Submitted:  June 24, 2021       Decided:  June 29, 2021

Before KING and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Rajahn Brown, Appellant Pro Se.  Kristine L. Fritz, Assistant United States Attorney, Jennifer P. May-Parker, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rajahn Brown appeals the district court's order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A) and for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2). We have reviewed the record and find no abuse of discretion. Accordingly, we affirm for the reasons stated by the district court. *United States v. Brown*, No. 4:15-cr-00016-FL-1 (E.D.N.C. Jan. 12, 2021). Because the Government did not file a brief in this court, we deny as moot Brown's motion for an extension of time to file a reply brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*